286 P.2d 596

Blevins McKENZIE, The Arch Hurley Conservancy District, a Corporation, Charles E. Bowen, and Murph Eager, Plaintiffs-Appellants,

v.

BOARD OF COUNTY COMMISSIONERS OF QUAY COUNTY, New Mexico, Defendant-Appellee.

No. 5988.

Supreme Court of New Mexico.

Aug. 8, 1955.

Briscoe & Hart, Tucumcari, for appellants.

Victor C. Breen, Tucumcari, for appellee.

PER CURIAM.

The question presented on appeal is whether conservancy districts as contemplated by Chapter 281, Laws 1955, for the purpose of election of a Board of Directors, shall be divided into five or six election precincts.

Considering the act as a whole, we are of the opinion that it was the true intent of the legislature that such conservancy districts be governed by a board consisting of five

members and that the word "three" was intended to be used instead of the word "four" appearing in section 2 of said act. Compare Janney v. Fullroe, Inc., 47 N.M. 423, 144 P. 2d 145; Asplund v. Alarid, 29 N.M. 129, 219 P. 786; Town of Clayton v. Colorado & S. Ry. Co., 10 Cir., 51 F.2d 977, 82 A.L.R. 417.

Accordingly, the judgment will be affirmed, and it is so ordered.

COMPTON, C. J., and LUJAN, SADLER, McGHEE and KIKER, JJ., concur.